IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
FEB - 4 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | 1:25 CR 00039 |
| v. ) | |
| ) | CASE NO. _____ |
| REGINALD TAYLOR, ) | Title 21, United States Code, |
| ) | Sections 841(a)(1), (b)(1)(C); |
| Defendant. ) | Title 18, United States Code, |
| ) | Section 922(g)(1) |

JUDGE POLSTER

COUNT 1
(Distribution of Controlled Substances, 21 U.S.C. § 841(a)(1), (b)(1)(C))

The Grand Jury charges:

1. On or about September 18, 2024, in the Northern District of Ohio, Eastern Division, Defendant REGINALD TAYLOR did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT 2
(Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(C))

The Grand Jury further charges:

2. On or about October 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant REGINALD TAYLOR did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 3
(Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(C))

The Grand Jury further charges:

3. On or about October 23, 2024, in the Northern District of Ohio, Eastern Division, Defendant REGINALD TAYLOR did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 4
(Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(C))

The Grand Jury charges:

4. On or about October 31, 2024, in the Northern District of Ohio, Eastern Division, Defendant REGINALD TAYLOR did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 5
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

5. On or about November 14, 2024, in the Northern District of Ohio, Eastern Division, Defendant REGINALD TAYLOR, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Drug Trafficking, in case number CR-16-612052, on or about November 1, 2018, in the Cuyahoga County Court of Common Pleas; and Drug Trafficking, in case number CR-09-522750, on or about July 30, 2009, in the Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce firearms, to wit: an Old West Firearms BBG 9mm Derringer, bearing serial number 002941; and a Standard Manufacturing Switch Gun, bearing serial number

SG00528, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

6. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 5, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant REGINALD TAYLOR shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offenses charged in Counts 1 through 4, inclusive; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses charged in Counts 1 through 4, inclusive; and, any and all firearms and ammunition involved in or used in the commission of the offenses charged in Count 5, including, but not limited to, the following properties, each seized on November 14, 2024:

a) an Old West Firearms BBG 9mm Derringer, bearing serial number 002941;

b) a Standard Manufacturing Switch Gun, bearing serial number SG00528; and

c) miscellaneous ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.